# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No. 1:22-cr-20-AW-GRJ

**JORGE RAMOS HERNANDEZ,**

    **Defendant.**

_____/

## ORDER ACCEPTING GUILTY PLEA

I have considered the magistrate judge's report and recommendation (ECF No. 33), to which there has been no timely objection. I have also considered the related plea documents (ECF Nos. 30, 31, 32). The report and recommendation is adopted, and Defendant's guilty plea as to Count I is ACCEPTED.

SO ORDERED on August 25, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge